

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-28,785-05

**EX PARTE REGINALD EUGENE HALL, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W90-04414-W(C) IN THE 363ᴿᴰ DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of arson and sentenced to 50 years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Hall v. State,* 05-91-00801-CR (Tex. – Dallas 1991, no pet.) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On October 4, 2019, the State filed a response and requested an Order Designating Issues. Further, the district clerk generated a Summary of Document Notification listing Findings of Fact and Order Approving Record among the documents included in the habeas record. However, the habeas record before this Court does not include those documents. The State's October 4 response

is the most recent court document before this Court. The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the application was forwarded prematurely and the record is incomplete. We remand this application to the trial court to complete its evidentiary investigation, and to the clerk to forward the missing documents.

If it has not already made findings, or if it has made findings but wishes to supplement them, the trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: January 29, 2020
Do not publish